# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## MARSHALL DIVISION

| | |
|---|---|
| KRISTINE SCHENK, §<br>§<br>Plaintiff, §<br>§<br>v. §<br>§<br>COMMISSIONER, SOCIAL SECURITY §<br>ADMINISTRATION, §<br>§<br>Defendant. § | Case No. 2:13-cv-01068-JRG-RSP |

## ORDER

Plaintiff Kristine Schenk filed the above-styled and numbered civil action pursuant to the Social Security Act, Section 205(g), for judicial review of the Commissioner's denial of her application for Social Security benefits. The cause of action was referred to United States Magistrate Judge Roy S. Payne, who issued a Report and Recommendation concluding that the decision of the Commissioner should be affirmed and this action should be dismissed.

The Report of the Magistrate Judge, which contains his proposed findings of fact and recommendations for the disposition of such action, has been presented for consideration. Having reviewed the objections de novo, the Court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of the Court.

It is accordingly **ORDERED** that the decision of the Commissioner is **AFFIRMED** and this action is **DISMISSED WITH PREJUDICE**. It is further **ORDERED** that any motion not previously ruled on is **DENIED**.

**So Ordered and Signed on this**

**Sep 29, 2015**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE